**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Tawkir Chowdhury (212) 379-8179

B. E-MAIL CONTACT AT FILER (optional)
tchowdhury@cov.com

C. SEND ACKNOWLEDGMENT TO:
CT Fulfillment
555 Capitol Mall, Suite 1000
Sacramento, CA 95814
U8034428/18
Account: 60574850

5

19-7690693161
01/07/2019 12:41

FILED
CALIFORNIA
SECRETARY OF STATE

SOS
75879520013 UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME:

1a. ORGANIZATION'S NAME: Dream Center Argosy University of California, LLC

1c. MAILING ADDRESS: 601 S. Lewis Street | CITY: Orange | STATE: CA | POSTAL CODE: 92868 | COUNTRY: USA

2. DEBTOR'S NAME: (blank)

3. SECURED PARTY'S NAME:

3a. ORGANIZATION'S NAME: Studio Enterprise Manager, LLC

3c. MAILING ADDRESS: 1201 West 5th Street, Ste. F10 | CITY: Los Angeles | STATE: CA | POSTAL CODE: 90017 | COUNTRY: USA

4. COLLATERAL: This financing statement covers the following collateral:

All of Debtor's assets of or with respect to:
The Art Institute of California - San Diego, a campus of Argosy University

All accounts receivable of Debtor of or with respect to:
1. The Art Institute of California - Hollywood, a campus of Argosy University
2. The Art Institute of California - Inland Empire, a campus of Argosy University
3. The Art Institute of California - Orange County, a campus of Argosy University
4. The Art Institute of California - Sacramento, a campus of Argosy University
5. The Art Institute of California - San Francisco, a campus of Argosy University

EXHIBIT D

8. OPTIONAL FILER REFERENCE DATA:
File with: CA - Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)
International Association of Commercial Administrators (IACA)

**2019-000-1936-9**

**ARIZONA SECRETARY OF STATE**
**01/07/19 14:53**
**FILED**

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Tawkir Chowdhury         (212) 379-8179

B. E-MAIL CONTACT AT FILER (optional)
tchowdhury@cov.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
CT Corporation
4400 Easton Commons Way, Suite 125
Columbus, Ohio 43219

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
Dream Center Education Holdings, LLC

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7135 E. Camelback Rd., Ste F 240 | Scottsdale | AZ | 85251 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
Studio Enterprise Manager, LLC

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1201 West 5th Street, Ste. F10 | Los Angeles | CA | 90017 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

All of Debtor's assets of or with respect to:
1. The Art Institute of California - San Diego, a campus of Argosy University
2. The Art Institute of Seattle, LLC

All accounts receivable of Debtor of or with respect to:
1. The Art Institute of California - Hollywood, a campus of Argosy University
2. The Art Institute of California - Inland Empire, a campus of Argosy University
3. The Art Institute of California - Orange County, a campus of Argosy University
4. The Art Institute of California - Sacramento, a campus of Argosy University
5. The Art Institute of California - San Francisco, a campus of Argosy University

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
File with: AZ - Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)     International Association of Commercial Administrators (IACA)