IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARK E. DOTTORE, RECEIVER | ) | CASE NO. 1:19-cv-380 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| STUDIO ENTERPRISE MANAGER, LLC, *et al*. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO REQUEST OPEN PHONE LINE

Now come the Student Intervenors in Case No. 1:19-cv-145, Emmanuel Dunagan, Jessica Muscari, Robert J. Infusino and Stephanie Porreca, by and through undersigned counsel, and request that the Court open a phone line to allow all interested counsel in that case to attend and listen live to the hearing on Plaintiff Mark E. Dottore's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF 2) which is scheduled to take place in this case on February 27, 2019 at 9:30 am (ECF 6).

As this Court is aware, the Plaintiff in the instant case, Mr. Dottore, is the Receiver in Case No. 1:19-cv-145. As such, the parties in Case No. 1:19-cv-145, including the movants, have a potential interest in the outcome of any recovery in the instant case achieved by Mr. Dottore. As there are numerous counsel representing the parties in Case No. 1:19-cv-145, many situated throughout the country, the movants request the Court open a phone line to allow counsel to listen

to the scheduled TRO/Preliminary Injunction proceedings so they may have access to any necessary information to advocate for their clients.

*s/Richard S. Gurbst*
Richard S. Gurbst (Bar # 0017672)
Eleanor M. Hagan (Bar # 0091852)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: +1 216 479 8500
E-mail: *richard.gurbst@squirepb.com*
*eleanor.hagan@squirepb.com*

Alexander S. Elson (*admitted pro hac vice in Case No. 1:19-cv-145*)
Eric Rothschild (*admitted pro hac vice in Case No. 1:19-cv-145*)
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1015 15th Street NW, Suite 600
Washington, DC 20005
Telephone: +1 202 734 7495
E-mail: *alex@nsldn.org*
*eric@nsldn.org*

Counsel for Student Intervenors,
Emmanuel Dunagan, Jessica Muscari,
Robert J. Infusino and Stephanie Porreca

# CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was served upon all parties of record by the Court's electronic filing system this 26th day of February, 2019.

*s/Richard S. Gurbst*
Richard S. Gurbst
One of the Attorneys for Student Intervenors