# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MARK DOTTORE, RECEIVER, | CASE NO. 1:19-CV-00380 |
| Plaintiff, | |
| v. | JUDGE DAN AARON POLSTER |
| STUDIO ENTERPRISE MANAGER, LLC, *et al.*, | |
| Defendants. | MAGISTRATE JUDGE THOMAS M. PARKER |

Notice is hereby given of the appearance of Richard Cline in the above-captioned case as additional counsel of record for Studio Enterprise Manager, LLC. Any and all further correspondence, pleadings and court notices should be served upon the undersigned counsel at the address below.

Dated: February 26, 2019

Respectfully submitted,

/s/ Richard W. Cline
Richard W. Cline (0068560)
MCDONALD HOPKINS LLC
600 Superior Ave., E., Ste. 2100
Cleveland, OH 44114
T: (216) 348-5400
F: (216) 348-5474
Email: rcline@mcdonaldhopkins.com

*Counsel for Studio Enterprise Manager, LLC*

{7935266: }

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2019, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Richard W. Cline
      Richard W. Cline (0068560)

      *Counsel for Studio Enterprise Manager, LLC*