# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MARK E. DOTTORE, RECEIVER,** ) | CASE NO. 1:19-cv-380 |
| ) | |
| Plaintiff, ) | JUDGE DAN AARON POLSTER |
| ) | |
| v. ) | MAGISTRATE JUDGE |
| ) | THOMAS M. PARKER |
| **STUDIO ENTERPRISE MANAGER,** ) | |
| **LLC,** *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Mark E. Dottore, Receiver of the Receivership Entities, and Defendants Studio Enterprise Manager, LLC and Education Principle Foundation, pursuant to the terms of the Settlement Agreement entered into between the Parties on February 27, 2019, submits this stipulation of dismissal and agree that the above-captioned matter has been resolved and all claims that were brought by Plaintiff are to be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party to bear his and its own costs and attorneys' fees.

*[Continued on following page]*

{01290004-1}

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Robert T. Glickman | /s/M. Colette Gibbons |
| Robert T. Glickman (0059579) | M. Colette Gibbons (0003095) |
| Charles A. Nemer (0009261) | Scott N. Opincar (0064027) |
| Robert R. Kracht (0025574) | Maria G. Carr (0092412) |
| Hugh D. Berkson (0063997) | Adam C. Smith (0087720) |
| Nicholas R. Oleski (0095808) | McDONALD HOPKINS LLC |
| MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., LPA | 600 Superior Ave., E., Ste. 2100 |
| 101 West Prospect Avenue | Cleveland, OH 44114 |
| 1800 Midland Building | T: (216) 348-5400 |
| Cleveland, Ohio 44115 | F: (216) 348-5474 |
| (216) 696-1422 – Telephone | Email: cgibbons@mcdonaldhopkins.com |
| (216) 696-1210 – Facsimile | sopincar@mcdonaldhopkins.com |
| rtg@mccarthylebit.com | mcarr@mcdonaldhopkins.com |
| can@mccarthylebit.com | asmith@mcdonaldhopkins.com |
| rrk@mccarthylebit.com | |
| hdb@mccarthylebit.com | *Counsel for Defendants* |
| nro@mccarthylebit.com | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

The foregoing was electronically filed this 28th day of February, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/*Robert T. Glickman*
Robert T. Glickman (0059579)